IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Frederick Allen Williams, | ) | Case No.: 1:21-cv-01683-JD-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Associate Warden Tisdale; Captain Clark, | ) | |
| Captain of Contraband at LCI; Ms. Black, | ) | |
| Head of Classification at LCI; and Ms. Fox, | ) | |
| Head of Mental Health at LCI,, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Frederick Allen Williams ("Williams" or "Plaintiff"), proceeding *pro se*, filed this action against Associate Warden Tisdale; Captain Clark, Captain of Contraband at LCI; Ms. Black, Head of Mental Health at LCI (collectively "Defendants"), alleging *inter alia* Eighth Amendment violations related to his detainment at a level three prison. The Court, on August 5, 2021, adopted the Report and Recommendation ("Report") of the Magistrate Judge (DE 9) and denied Williams' Motion to Proceed in forma Pauperis. (DE 2.) In that Order, the Court also noted "that if Plaintiff fails to pay the filing fee within the specified time period, the Complaint shall be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). (DE 9.) As of today, August 25, 2021, Jordan has failed to pay the full filing fee.

It is, therefore, **ORDERED** that Plaintiff's Complaint is dismissed without prejudice.

**IT IS SO ORDERED**.

_____
Joseph Dawson, III
United States District Judge

Greenville, South Carolina
August 25, 2021

1

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified that they have the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.