AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Frederick Allen Williams,<br>*Plaintiff*<br>v.<br><br>Associate Warden Tisdale *Associate Warden/Head of Security*; Captain Clark *Captain of Contraband at L.C.I.*; Ms. Black *Head of Classification at L.C.I.*; Ms. Fox *Head of Mental Health at L.C.I.*,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.    3:20-cv-00104-JFA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Frederick Allen Williams, shall take nothing of the defendants, Associate Warden Tisdale *Associate Warden/Head of Security*, Captain Clark *Captain of Contraband at L.C.I.*, Ms. Black *Head of Classification at L.C.I.* and Ms. Fox *Head of Mental Health at L.C.I.* and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III, United States District Judge, presiding, dismissing the Complaint for failure to pay filing fee.

Date:   August 26, 2021                                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                        s/L. Baker
                                                                                        _____
                                                                                                   *Signature of Clerk or Deputy Clerk*